IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3119 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL E. HENDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After a conference with the lawyers, and at their suggestion and agreement,

IT IS ORDERED that:

(1)  The government's motion to reduce the defendant's sentence (filing 25) will be considered on August 31, 2006, at 12:00 noon.

(2)  The defendant's self-surrender date is extended. The defendant shall not be required to self-surrender any earlier than September 11, 2006.

August 2, 2006.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge